1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS,
INC.,

                    Plaintiff,

          v.

WASTE MANAGEMENT OF
WASHINGTON, INC.,

                    Defendant.

CASE NO. C05-1333JLR

ORDER

          This case is hereby transferred to the Honorable Marsha J. Pechman as related to
C05-1130P.  All future pleadings shall bear the cause number C05-1333P.

          Dated this 20th day of September, 2005.

_____
JAMES L. ROBART
United States District Judge

ORDER